```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                 WINSTON-SALEM DIVISION
```

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE ) | |
| COMPANY, a Georgia Corporation, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 07-137 |
| HAIRSTON ENTERPRISE, a North ) | |
| Carolina Partnership, HENRY H. ) | |
| HAIRSTON, Partner and as an ) | |
| Individual, ELIZABETH HAIRSTON, ) | |
| an Individual,VINCENT C. BROWN, ) | |
| Managing Partner and as an ) | |
| Individual, and JENNIFER T.BROWN, ) | |
| an Individual, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF DEFAULT**

THIS CAUSE COMING BEFORE THE COURT for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiff for entry of default against the Defendants, Hairston Enterprise, Henry H. Hairston, and Elizabeth Hairston, **Docket Entry No. 9.**

IT APPEARING TO THE COURT that the defendants, Hairston Enterprise, Henry H. Hairston, and Elizabeth Hairston, are in default for failing to plead or otherwise defend this action as required by law,

NOW THEREFORE, default is hereby entered against Defendants,

Hairston Enterprise, Henry H. Hairston, and Elizabeth Hairston.

This eighteenth day of June, 2007

John Brubaker, Clerk of Court

By /s/ Scott J. Crampton
Chief Deputy Clerk, U.S. District Court
Middle District of North Carolina