IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| AMERICAN SOUTHERN INSURANCE COMPANY, a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAIRSTON ENTERPRISE, a North Carolina Partnership, HENRY H. HAIRSTON, Partner and as an Individual, ELIZABETH HAIRSTON, an Individual, VINCENT C. BROWN, Managing Partner and as an Individual, and JENNIFER T. BROWN, an Individual,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 07-137 |

## DEFAULT JUDGMENT

Plaintiff, American Southern Insurance Company ("ASIC"), having made an application for entry of a default judgment **(Docket Entry 17)** against the Defendants, Hairston Enterprise, Henry H. Hairston, Elizabeth Hairston, and Vincent C. Brown, and entry of default having been previously entered in this matter as to said Defendants **(Docket Entry 11 and Docket Entry 16),** and it appearing from the record and the Affidavit of ASIC that ASIC is entitled to judgment in the amount of $813,601.43, ASIC's application for a default judgment is hereby granted in accordance with FRCP 55 (b)(1).

Judgment is hereby entered in favor of ASIC against Hairston Enterprise, Henry H. Hairston, Elizabeth Hairston, and Vincent C.

Brown, in the amount of $813,601.43, together with interest thereon at the legal rate from the date of this judgment.

This the day of September 24, 2007

                                                 /s/ N. Carlton Tilley, Jr.
                                                  United States District Judge